**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALBERT PENNIWELL BUKHART, III**

      **Plaintiff,**

**v.**                                 **Case No.: 8:12-cv-1580-T-35-MAP**

**HILLSBOROUGH COMMUNITY**
**COLLEGE,**

      **Defendant.**
_____/

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed in *Forma Pauperis* (Dkt. 20.)  On September 7, 2012, United States Magistrate Judge Mark A. Pizzo issued a Report and Recommendation, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied, and that Plaintiff's Amended Complaint be dismissed because the complaint fails to state a claim for which relief may be granted and is otherwise frivolous (Dkt. 20).  No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

    In the Eleventh Circuit, a district judge may accept, reject or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); see Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to

those issues to which specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); <u>see Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 20) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Plaintiff's motion for leave to proceed in *forma pauperis* (Dkt. 2*)* is **DENIED;**

3. Plaintiff's Amended Complaint (Dkt. 28) is **DISMISSED**;

4. The Clerk is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of September 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party